UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI BELTRAN CAMPOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00641-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 15). |

On October 11, 2024, the parties filed a joint stipulation stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

(ECF No. 15, pp. 1-2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees, costs, and expenses.

\\\

\\\

\\\

\\\

1

1   Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 15, 2024**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

2